**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 412 MAL 2014
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
STANLEY EDWARD HEISERMAN, :
:
               Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.